■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN SIMON, Also Known as "LUCK," Appellant. [902 NYS2d 471]—Appeal from an order of the Erie County Court (Shirley Troutman, J.), entered March 26, 2009. The order, insofar as appealed from, denied the motion of defendant pursuant to CPL 440.30 (1-a) for DNA testing of certain evidence.

It is hereby ordered that the order so appealed from is unanimously affirmed for reasons stated in the decision at County Court. Present—Centra, J.P., Peradotto, Carni, Lindley and Pine, JJ.